IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-00676-WYD-KMT

BARRY O'NEILL,

    Plaintiff,

v.

CALIFORNIA FARMS, INC.;
JAMES ROBERTS; and,
DAN FANTZ,

    Defendants.

## DEFAULT JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Affirming and Adopting Recommendation of United States Magistrate Judge, filed on September 30, 2013, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is

ORDERED that Magistrate Judge Tafoya's Recommendation [ECF Doc. No. 38] is AFFIRMED and ADOPTED.  It is further

ORDERED that default judgment is hereby entered in favor of Plaintiff, Barry O'Neill, and against Defendants, California Farms, Inc.; James Roberts; and Dan Fantz, in the total amount of $100,000.00.  It is further

ORDERED that post-judgment interest shall accrue on the total amount of $100,000.00 at the current rate of  0.10%, as calculated pursuant to 28 U.S.C. § 1961, from the date of entry of judgment.  It is further

ORDERED that Plaintiff shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment.

DATED at Denver, Colorado this 30th day of September, 2013.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

/s/ Robert R. Keech
Robert R. Keech,
Deputy Clerk