IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  12-cv-00676-WYD-KMT

BARRY O'NEILL,

    Plaintiff,

v.

CALIFORNIA FARMS, INC.;
JAMES ROBERTS; and,
DAN FANTZ,

    Defendants.
_____

**ORDER**
_____

    THIS MATTER is before the Court on plaintiff, Barry O'Neill's, Motion For Attorneys' Fees [ECF No. 45].  Upon review of the motion and related filings, I find that O'Neill's request for $11,499 in attorney fees is reasonable.  As such, it is

    ORDERED that O'Neill's motion [ECF No. 45] is **GRANTED** and O'Neill is entitled to an award of $11,499 in attorney fees.

    Dated:  April 14, 2014.

                                BY THE COURT:

                                <u>/s/ Wiley Y. Daniel</u>
                                Wiley Y. Daniel
                                Senior U. S. District Judge